## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Ulrich Roland Kitsoukou, <br><br> Petitioner, <br><br> v. <br><br> Michael Nessinger, Warden of the Wyatt Detention Facility; David T. Wesling, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement; and Kristi Noem, Secretary of the U.S. Department of Homeland Security, <br><br> Respondents. | Case No. 26-cv-49 |

## **ORDER**

The Respondents are hereby ordered to immediately release Petitioner, no later than 3:00pm EST today. Prior to release, and no later than 2:30pm EST today, Respondents will provide notice to Petitioner's Counsel confirming the location and time of his release, so that Petitioner can arrange for transportation. Respondents will provide the Court and the Parties with a status report no later than 4:00pm EST today.

IT IS SO ORDERED.

Dated this  5th  day of   February, 2026.

_____
HONORABLE MELISSA R. DUBOSE
United States District Judge

1